**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TYRONE MORGAN, | |
| Plaintiff, | 1:18-cv-00592 |
| v. | |
| SOUTHWEST CREDIT SYSTEMS, L.P., | Honorable Judge Robert W. Gettleman |
| Defendant. | |

**INITIAL STATUS REPORT**

Pursuant to Fed. R. Civ. P. 26(f) and this Court's Case Management Procedures, the Parties submit the following Initial Status Report.

A. This matter is set for status on April 25, 2018 at 9:10 am CST, before this Honorable Court.

B. Attorneys of Record:

| For Plaintiff, Tyrone Morgan | For Defendant, Southwest Credit Systems LP |
|---|---|
| **Nathan Charles Volheim** (Lead Attorney) | **MALONE AKERLY MARTIN PLLC** |
| **Mohammed Omar Badwan** | EUGENE XERXES MARTIN, IV |
| **Ahmad T. Sulaiman** | State Bar No. 24078928 |
| **Taxiarchis Hatzidimitriadis** | Email: xmartin@mamlaw.com |
| **Eric D. Coleman** | **MALONE AKERLY MARTIN PLLC** |
| Sulaiman Law Group, Ltd. | Northpark Central, Suite 1850 |
| 2500 South Highland Avenue, Suite 200 | 8750 North Central Expressway |
| Lombard, Illinois 60148 | Dallas, Texas 75231 |
| 630-575-8181 | TEL: (214) 346-2630 |
| Fax: 630-575-8188 | FAX: (214) 346-2631 |
| Email: nvolheim@sulaimanlaw.com | |
| Email: mbadwan@sulaimanlaw.com | **WATTS LAW GROUP, LLC** |
| Email: ahmad.sulaiman@sulaimanlaw.com | Patrick A. Watts |
| Email: thatz@sulaimanlaw.com | State Bar #6302112 |
| Email: ecoleman@sulaimanlaw.com | 212 S. Bemiston Avenue Suite 200 |
| | St. Louis, Missouri 63105 |
| | pwatts@swattslaw.com |
| | (314) 669-5490 |

C. Basis for Federal Jurisdiction: Subject matter jurisdiction is conferred upon this Court by 15 U.S.C §1692, 28 U.S.C. §§1331 and 1337, as the action arises under the laws of the United States.

D. Jury Request: Plaintiff has made a jury demand.

E. Nature of Claims Asserted: Under Count I of Plaintiff's First Amended Complaint, he alleges violations to the Fair Debt Collection practices Act ("FDCPA"), 15 U.S.C §1692 *et seq*, for Defendant contacting him seeking collection of consumer debt through impermissible means. Chiefly, Plaintiff alleges that Defendant failed to identify itself as a debt collector during its contacts with Plaintiff directly in violation of 15 U.S.C §1692d, d(6), e, e(10), e(11), and f.

Defendant contends that Defendant's employee informed Plaintiff that it was a call to collect a debt, thus informing Plaintiff that it was a debt collector callings Plaintiff. Defendant concedes that Defendant's employee failed to inform Plaintiff that he was specifically calling from Southwest Credit Systems during one phone call made to Plaintiff. Defendant generally denies the remaining allegations in Plaintiff's complaint. If any violation did occur, it was a bona fide error to which Defendant has reasonable policies and procedures in place to prevent such error.

F. Relief Sought: Plaintiff seeks statutory damages of up to $1,000.00 as provided under the FDCPA, 15 U.S.C §1692k(a)(2)(A). Additionally, Plaintiff seeks payment of his actual damages as provided under the FDCPA, 15 U.S.C §1692k(a)(3). Plaintiff also seeks payment of his costs and reasonable attorney fees as provided under the FDCPA, 15 U.S.C §1692k(a)(3).

Defendant denies that Plaintiff is entitled a statutory damages, as any violation is a *de minimis* violation which should be excused. Further, Defendant denies that Plaintiff is entitled to any actual damages.

G. Service: All Parties have been served and are represented by counsel.

H.      Principal Legal Issues:  Whether Defendant violated sections §1692d, d(6), e, e(10), e(11), and f of the FDCPA, and whether the violation was material. *See, e.g. Hahn v. Triumph Partnerships LLC*, 557 F.3d 755, 758 (7th Cir. 2009) (discussing materiality in context of 1692e violations).

I.      Principal Factual Issues: Whether Defendant identified itself as a debt collector during all communications with Plaintiff as required by the FDCPA.

Defendant admits that it in one single phone call, Defendant's employee failed to identify as calling from Southwest Credit Systems. However, Defendant's employee did inform Plaintiff that it was an attempt to collect a debt by a debt collector. Defendant denies that Plaintiff has suffered any harm as a result of this conduct.

J.      Anticipated Motions:  Plaintiff plans on filing a Motion for Summary Judgement. Defendant anticipates filing a Motion for Summary Judgment.

K.      Proposed Discovery Plan:

   i.    The Parties anticipate both written and oral discovery.

   ii.   The Parties to exchange Rule 26(a)(1) disclosures by May 8, 2018.

   iii.  The Parties to issue written discovery by May 22, 2018.

   iv.   The Parties propose fact discovery to be completed by September 15, 2018.

   v.    The Parties propose expert discovery, if any, to be completed by September 15, 2018.

   vi.   The Parties to file dispositive motions by October 28, 2018.

L.      Trial:  The earliest the Parties would be ready for trial is January 18, 2019 and the Parties do not anticipate any trial lasting more than two (2) days.

M.	Status of Settlement: The parties have been engaged in settlement discussions but have not yet reached a settlement. Both Parties are open to the idea of a settlement conference. Plaintiff would like to engage in fact discovery in order to allow that settlement conference to be most productive. Defendant does not believe fact discovery needs to be completed before a settlement conference can be conducted.

N.	Magistrate Judge: At this time the Parties do not unanimously consent to proceed before a Magistrate Judge.

Dated: April 17, 2018

s/ Nathan Charles Volheim
Nathan Charles Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 6014
Telephone: (630) 575-8181 x113
Fax: (630) 575-8188
*Attorneys for Plaintiff*

**MALONE AKERLY MARTIN PLLC**

*/s/* Xerxes Martin
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE AKERLY MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

**WATTS LAW GROUP, LLC**
/s/ *Patrick A. Watts #6302112*
212 S. Bemiston Avenue Suite 200
St. Louis, Missouri 63105
pwatts@swattslaw.com
(314) 669-5490

*COUNSEL FOR DEFENDANT*
*SOUTHWEST CREDIT SYSTEMS, LP*