# Exhibit A

**Kiran Wadia**

**To:** notification@pay.gov; Accounting Group
**Subject:** RE: Pay.gov Payment Confirmation: ILND CM ECF

From: notification@pay.gov <notification@pay.gov>
Sent: Friday, January 26, 2018 2:48 PM
To: Accounting Group <accounting@sulaimanlaw.com>; Kiran Wadia <kwadia@sulaimanlaw.com>
Subject: Pay.gov Payment Confirmation: ILND CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact ILND CM ECF Help Desk at 312-582-8727.

Application Name: ILND CM ECF
Pay.gov Tracking ID: 267D3JFA
Agency Tracking ID: 0752-14052275
Transaction Type: Sale
Transaction Date: Jan 26, 2018 2:48:04 PM

Account Holder Name: Nathan Volheim
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1009


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.