# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TYRONE MORGAN,

    Plaintiff,

v.

SOUTHWEST CREDIT SYSTEMS, L.P.,

    Defendant.

Case No. 1: 18-cv-00592

Hon. Judge Robert W. Gettleman

**ATTORNEY FEES AND COSTS**

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 1/25/2018 | Reviewed of documents verify potential causes of action | Nathan Volheim | $375.00 | 0.50 | $187.50 |
| 1/25/2018 | Researched proper defendant | Nathan Volheim | $375.00 | 0.50 | $187.50 |
| 1/25/2018 | Verified facts to determine if all elements of FDCPA, TCPA, and ICFA are present | Nathan Volheim | $375.00 | 1.0 | $375.00 |
| 1/25/2018 | Drafted Complaint | Nathan Volheim | $375.00 | 2.50 | $937.50 |
| 1/26/2018 | Final revisions of Complaint | Nathan Volheim | $375.00 | 0.50 | $187.50 |
| 1/26/2018 | Filed Complaint | Kiran Wadia | $125.00 | 0.75 | $93.75 |
| 1/26/2018 | Drafted Wavier of summons and emailed it to Opposing Counsel along with Filed Complaint | Kiran Wadia | $125.00 | 0.25 | $31.25 |
| 2/5/2018 | Filed Executed Wavier of Summons with Court | Kiran Wadia | $125.00 | 0.25 | $31.25 |
| 3/8/2018 | Saved Production Documents and Recordings into Case Management Software | Kiran Wadia | $125.00 | 0.25 | $31.25 |
| 3/9/2018 | Reviewed Defendant's informal documents/ recording production and email opposing counsel | Nathan Volheim | $375.00 | 1.50 | $562.50 |

| | | | | | |
|---|---|---|---|---|---|
| 3/9/2018 | Drafted Amended Complaint | Eric Coleman | $375.00 | 0.50 | $187.50 |
| 3/9/2018 | Filed Amended Complaint | Kiran Wadia | $125.00 | 0.25 | $31.25 |
| 3/16/2018 | Emailed Opposing Counsel copy of filed Amended Complaint | Kiran Wadia | $125.00 | 0.25 | $31.25 |
| 3/16/2018 | Spoke with Client. Emailed Opposing Counsel in response to settlement | Nathan Volheim | $375.00 | 0.25 | $93.75 |
| 3/23/2018 | Reviewed email from OC. Spoke with Client. Responded to email | Nathan Volheim | $375.00 | 0.25 | $93.75 |
| 4/9/2018 | Drafted Initial Status Report and Emailed to Opposing Counsel | Nathan Volheim | $375.00 | 1.0 | $375.00 |
| 4/17/2018 | Reviewed Changes made to Initial Status Report by Opposing Counsel | Nathan Volheim | $375.00 | 0.25 | $93.75 |
| 4/17/2018 | Filed Initial Status Report | Kiran Wadia | $125.00 | 0.25 | $31.25 |
| 4/25/2018 | Spoke to Opposing Counsel regarding Offer of Judgement and emailed | Nathan Volheim | $375.00 | 0.50 | $187.50 |
| 4/25/2018 | Court appearance for Initial Status Hearing. | Eric Coleman | $375.00 | 0.50 | $187.50 |
| 4/30.2018 | Review Defendant's MIDP disclosure | Nathan Volheim | $375.00 | 0.50 | $187.50 |
| 5/3/2018 | Drafted Notice of Acceptance for Offer of Judgment | Kiran Wadia | $125.00 | 0.50 | $62.50 |
| 5/3/2018 | Reviewed Draft of Notice of Acceptance | Nathan Volheim | $375.00 | 0.25 | $93.75 |
| 5/3/2018 | Filed Notice of Acceptance of Offer of Judgement | Kiran Wadia | $125.00 | 0.25 | $31.25 |
| 5/8/2018 | Itemization of attorney fees | Kiran Wadia | $125.00 | 0.50 | $62.50 |
| 5/8/2018 | Reviewed billing | Nathan Volheim | $375.00 | 0.50 | $187.25 |
| | | | | | $4,562.25 |

**Costs:**
Filing Fee                                               $   400.00
Parking for 4/25/18 Court appearance       $     22.00
**Total Costs:**
                                                               **$   422.00**

**Grand Total**
Attorney Fees                                          $ 4,562.25
Costs                                                      $ 422.00
**Total**                                              **$ 4,984.25**