# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYRONE MORGAN, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHWEST CREDIT SYSTEMS, L.P., <br><br> Defendant. | Case No. 1: 18-cv-00592 <br><br> Honorable Robert Gettleman |

### DECLERATION OF NATHAN C. VOLHEIM

I, Nathan C. Volheim, being duly sworn, state as follows:

1. That I am the attorney for the Plaintiff above named.

2. I have read the Complaint filed in this action and know the contents thereof, and that the same is true of my knowledge.

3. That I have been admitted to the practice of law since 2010.

4. That I am admitted to practice within the following districts:

    State Court of Illinois

    United States District Court for the Northern District of Illinois

    United States District Court for the Southern District of Illinois

    United States District Court for the Northern District of Indiana

    United States District Court for the Southern District of Indiana

    United States District Court Eastern District of Wisconsin

    United States District Court for the Western District of Wisconsin

    United States District Court for the Eastern District of Michigan

1

      United States District Court for the Western District of Michigan

      United States District Court for the District of Colorado

      United States District Court for the Northern District of Texas

      United States District Court for the Eastern District of Texas

      United States District Court for the Western District of Texas

      United States District Court for the Southern District of Texas.

5. That I have substantial experience in FDCPA litigation and collection defense litigation, which are the main focus of my practice.

6. That my current hourly rate is $375.00 for work that I do in federal court and state court, which is justified by my experience, the nature and complexity of the cases, and the relative risk involved in consumer cases.

7. The rate that I billed in non-contingency consumer protection cases is $375.00.

8. That the rate that I billed per hour in this case, $375.00, is consistent with that charged by Midwest attorneys practicing consumer law, as reported in the *United States Consumer Law Attorney Fee Survey Report 2015-2016, page 223,* for the Midwest area, said Report being available online at https://www.nclc.org/images/pdf/litigation/tools/atty-fee-survey-2015-2016.pdf

13. That my hourly rate is further supported by the fact that I have prevailed in obtaining settlement or judgment on behalf of my clients in over 90% of the cases that I have filed various districts I filed , that have to date settled or been resolved.

15. The amount of hours I expended in this case is 16.5 hours, and I billed at the rate of $375.000 from January 25, 2018to May 25, 2018.

2

17. The total amount due by Defendant is based upon the claims set forth in the Complaint and includes the following sums my law firm and I have expended and incurred in litigating this case, calculated pursuant to the lodestar formula:

- **$4,562.25 for reasonable attorney fees incurred in litigating this action;**

- **$422.00 in costs.**

18. That attached hereto as Exhibits B and C to Plaintiff's Motion for Attorney Fees and Costs are correct copies of my time and billing records in this matter.

19. The amount of attorney fees sought in total by Plaintiff is **$4,562.25.**

20. The total amount of costs incurred and sought is **$422.00.**

21. These requested attorney fees and costs were reasonable and necessary to litigation in this case.

                                                        /s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff

SWORN TO AND SUBSCRIBED before me this 25th day of May, 2018.

                                                        /s/ Kiran Wadia
Notary

My commission expires November 15, 2020.

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020

3